## TRIO MARKETERS, INC. *v.* TERRY A. SEKELSKY
### (AC 25824)

Bishop, DiPentima and Gruendel, Js.

Argued May 25—officially released June 28, 2005

Per Curiam. The judgment is affirmed.

## BENJAMIN S. ALLARD *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 26041)

Lavery, C. J., and Flynn and Dupont, Js.

Argued June 6—officially released June 28, 2005

Per Curiam. The judgment is affirmed.